ANDREW J. CAMPBELL *v.* WILLIAM A. LICHTENFELS
(AC 27891)

Flynn, C. J., and Harper and Peters, Js.

Argued November 15—officially released December 11, 2007

Per Curiam. The appeal is dismissed.

JULIAN ABBEY *v.* LUCY ABBEY
(AC 27585)

Flynn, C. J., and McLachlan and Lavine, Js.

Submitted on briefs November 15—officially released December 11, 2007

Per Curiam. The judgment is affirmed.

BNC MORTGAGE, INC. *v.* PAUL HARRIS ET AL.
(AC 28645)

Bishop, Gruendel and Borden, Js.

Submitted on briefs November 15—officially released December 11, 2007

Per Curiam. The judgment is affirmed.